**8/1/2017** **COA Case No. 07-16-00435-CR**
**HARRIS, NORRIS JR.** **Tr. Ct. No. 2013-437,082** **PD-0800-17**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, August 25, 2017. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition for Discretionary Review must be filed with the Court of Criminal Appeals.

Deana Williamson, Clerk

7TH COURT OF APPEALS CLERK
VIVIAN LONG
POTTER COUNTY COURTS BUILDING, SUITE 2A
P.O. BOX 9540
AMARILLO, TX 79101
* DELIVERED VIA E-MAIL *

**8/1/2017** **COA Case No. 07-16-00435-CR**
**HARRIS, NORRIS JR.    Tr. Ct. No. 2013-437,082    PD-0800-17**

On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review.  The time to file the petition has been extended to Friday, August 25, 2017.  NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE:  Petition for Discretionary Review must be filed with the Court of Criminal Appeals.

Deana Williamson, Clerk

STATE PROSECUTING  ATTORNEY
STACEY SOULE
P. O. BOX 13046
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

**8/1/2017** **COA Case No. 07-16-00435-CR**
**HARRIS, NORRIS JR.** **Tr. Ct. No. 2013-437,082** **PD-0800-17**
On this day, this Court has granted the Appellant's motion for an extension of time
in which to file the Petition for Discretionary Review. The time to file the petition
has been extended to Friday, August 25, 2017. NO FURTHER EXTENSIONS
WILL BE ENTERTAINED. NOTE: Petition for Discretionary Review must be filed
with the Court of Criminal Appeals.

Deana Williamson, Clerk

KRISTOPHER ESPINO
816 MAIN ST
LUBBOCK, TX 79401
* DELIVERED VIA E-MAIL *

**8/1/2017** **COA Case No. 07-16-00435-CR**
**HARRIS, NORRIS JR.** **Tr. Ct. No. 2013-437,082** **PD-0800-17**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, August 25, 2017. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition for Discretionary Review must be filed with the Court of Criminal Appeals.

Deana Williamson, Clerk

DISTRICT ATTORNEY LUBBOCK COUNTY
MATTHEW D. POWELL
P.O. BOX 10536
LUBBOCK, TX 79408-3536
* DELIVERED VIA E-MAIL *